*Isaac D. Levy, I. E. Lambert, Lawrence B. Morris,* and *Louis Levinson* for respondent.

No. 146. CLIFTON MANUFACTURING CO. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Joseph B. Brennan* and *W. A. Sutherland* for petitioner. *Solicitor General Biggs* for the United States.

No. 173. IRVING TRUST CO., TRUSTEE IN BANKRUPTCY, *v.* BOWDITCH ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Irving L. Ernst* and *Lester D. Melzer* for petitioner. *Messrs. Burton E. Eames* and *Burt Franklin* for respondents.

No. 215. SCHUMACHER, SHERIFF, *v.* BEELER, TRUSTEE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted, limited to the question of the jurisdiction of the District Court under § 23 (b) of the Bankruptcy Act. *Messrs. John W. Peck, Frank H. Shaffer, Jr.,* and *Coleman Avery* for petitioner. *Messrs. Province M. Pogue* and *Henry Burton Street* for respondent.

No. 234. UNITED STATES EX REL. CHICAGO GREAT WESTERN R. CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this applica-